1  JAMES A. THOMPSON, Esq. (SBN 043136)
   JAMES A. THOMPSON P.C.
2  101 Wikiup Drive, Suite D
   Santa Rosa, CA 95403
3  (707) 575-7799
   (707) 575-9924 fax
4
   Attorney for Defendants.
5
   *E-filing*
6
7

**FILED**

JAN 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10
11
12  EDWARD T. BERGO as CHAIRMAN     )   Case No.: C 05 1016 SC *MJJ*
    and CARL BIX as CO-CHAIRMAN of  )
13  the BOARD OF TRUSTEES FOR THE   )   REQUEST FOR TRIAL CONTINUANCE
    CEMENT MASONS HEALTH AND        )   AND REQUEST TO CONTINUE
14  WELFARE TRUST FUND FOR          )   SETTLEMENT CONFERENCE
    NOTTHERN CALIFORNIA; CEMENT     )
15  MASONS VACATION/HOLIDAY TRUST   )
16  FUND FOR NORTHERN CALIFORNIA;   )
    CEMENT MASONS PENSION FUND      )
17  FOR NORTHERN CALIFORNIA; and    )
18  CEMENT MASONS APPRENTICESHIP    )
    AND TRAINING TRUST FUND FOR     )
19  NORTHERN CALIFORNIA,            )
20            Plaintiffs,           )
          vs.                       )
21  LEMOS CONCRETE CONSTRUCTION,    )
    INC., a California corporation; and )
22  ROSENCO LEMOS, an individual,   )
23            Defendants.           )
                                    )
24                                  )
                                    )
25  _____)

26
         A trial continuance and settlement conference continuance are hereby
27  requested
28  due to the serious medical condition of Rosendo Lemos, president Lemos Concrete
    Construction. In furtherance of this request, a letter of January 19, 2006 is attached,

DEFENDANTS' RESPONSE - 1                        JAMES A. THOMPSON P.C.
                                                101 Wikiup Drive, Suite D
                                                Santa Rosa, CA 95403

1
2  addressed to Judge Joseph R. Spero.
3  Respectfully submitted,
4
5
6  James A. Thompson
7  Attorney for Lemos Concrete Construction
8
9
10
11
12
13
14
15                                                       IT IS SO ORDERED
16
17                                                       MARTIN J. JENKINS
                                                         UNITED STATES DISTRICT JUDGE
18                                                       1/24/2006
19                                                       DATE
20
21
22
23
24
25
26
27
28

DEFENDANTS' RESPONSE - 2                          JAMES A. THOMPSON P.C.
                                                  101 Wikiup Drive, Suite D
                                                  Santa Rosa, CA 95403