James P. Watson [SBN 046127]
Bruce K. Leigh [SBN 129753]
Anne Bevington [SBN 111320]
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515
E-Mail: jamesw@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LEMOS CONCRETE CONSTRUCTION, INC., et al., <br><br> Defendants. | Case No.: C-05-1015 MJJ (JCS) <br><br> **STIPULATION CONTINUING SETTLEMENT CONFERENCE;** ~~(PROPOSED)~~ **ORDER THEREON** |
| EDWARD T. BERGO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LEMOS CONCRETE CONSTRUCTION, INC., et al., <br><br> Defendants. | Case No.: C-05-1015 MJJ |

The parties wish to obtain an order continuing the settlement conference scheduled for May 4, 2006, to accommodate the health concerns of defendant Rosendo Lemos and to obtain additional information needed in order for meaningful settlement discussions to take place. Plaintiffs' counsel

///

///

///

-1-
STIPULATION FOR CONTINUANCE OF SETTLEMENT CONFERENCE; (PROPSOED) ORDER THEREON
[CASE NO. C-05-1015 MJJ (JCS) and C-05-1016 MJJ (JCS)]

1 has been unable to reach plaintiffs' auditor to determine the auditor's schedule, and defendants'
2 counsel has been unable to reach his clients for scheduling purposes. However, counsel for both
3 parties desire to obtain an order concerning the parties' further efforts to settle this matter, and they
4 hereby stipulate for entry of an order as follows:

5     1.    The settlement conference scheduled for May 4, 2006, at 9:30 a.m., shall be continued
6 for at approximately 120 days to a date convenient to the Court;

7     2.    By June 15, 2006, defendants shall make a good faith effort to provide plaintiffs with
8 Employer's Reports of Contribution for each month in 2005 in which defendants conducted business;

9     3.    As soon as is practicable, plaintiffs shall provide defendants with a description of the
10 records that plaintiffs' auditor requires in order to perform an audit;

11     4.    Defendants and their accountant or bookkeeper shall meet with plaintiffs' auditor.
12 Defendants shall provide plaintiffs' auditor with all records requested and shall answer all questions.
13 By June 1, 2006, the parties shall set a date for the audit.

14     5.    Plaintiffs shall provide a copy of the audit report to defendants.

16 DATED: May 2, 2006                         STANTON, KAY & WATSON, LLP

By_____
    Anne Bevington
    Attorneys for Plaintiffs

21 DATED: May 2, 2006                         JAMES A. THOMPSON P.C.

By_____
    James A. Thompson
    Attorneys for Defendants

25 ///
26 ///
27 ///
28 ///

ORDER

IT IS SO ORDERED.

The Settlement Conference shall be held on July 17, 2006, at 9:30 a.m. in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. Updated, confidential settlement conference statements shall be lodged with Chambers no later than July 3, 2006.

DATED: 5/2/06

HON. JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION FOR CONTINUANCE OF SETTLEMENT CONFERENCE; (PROPOSED) ORDER THEREON
[CASE NO. C-05-1015 MJJ (JCS) and C-05-1016 MJJ (JCS)]